UNITED STATES *v.* REEDY FORWARDING COMPANY A/C COMMODITY SALES COMPANY

No. 7918.

Entry No. M–1312.

(Order dated December 11, 1950)

*David N. Edelstein,* Assistant Attorney General (*Harold L. Grossman,* special attorney), for the plaintiff, against the motion.
*John F. Kavanagh* for Reedy Forwarding Company, for the motion.
*H. Reid DeJarnette* for the United States Guarantee Company.

DECISION AND ORDER ON MOTION TO IMPLEAD SURETY COMPANY AS PARTY DEFENDANT

RAO, Judge: For the reasons stated in the decision and order on the motion made by defendant Reedy Forwarding Company in re reappraisement 163082–A, issued concurrently herewith, the motion to implead an additional party defendant is denied.

The case is restored to the next Miami docket for all purposes.